IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  v.  )  )  DERRICK LASHAUN HALL )  ) | CASE NO. 2:09-CR-54-WKW |

### **ORDER**

Before the court are the Recommendation of the Magistrate Judge (Doc. # 23), entered after an evidentiary hearing, and Defendant Derrick Lashaun Hall's objections (Doc # 25). Based upon a *de novo* review of those portions of the recommendation to which Mr. Hall objects, *see* 28 U.S.C. § 636(b)(1), it is ORDERED that the recommendation is adopted, that Mr. Hall's objections (Doc. # 25) are OVERRULED, and that the Motion to Suppress Evidence (Doc. # 12) is DENIED.

DONE this 18th day of August, 2009.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE